Richard C. Busse, OSB #74050
*rbusse@busseandhunt.com*
BUSSE & HUNT
521 American Bank Building
621 SW Morrison Street
Portland, OR 97205
Telephone: (503) 248-0504
Facsimile: (503) 248-2131

FILED'09 APR 01 16:37USDC-ORP

    Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRIS CONKEY,<br><br>    Plaintiff,<br><br>v.<br><br>INTELLIGENT HOSPITAL SYSTEMS, LTD., a Canada foreign business corporation,<br><br>    Defendant. | Case No. CV08-819-MO<br><br>STIPULATED ~~MOTION AND~~ ORDER TO DISMISS |

    Pursuant to FRCP 41(a)(1), Plaintiff and Defendant, by and through their respective attorneys, hereby stipulate that Plaintiff's claims against Defendant are hereby dismissed with prejudice and without costs or fees to either party.

/ / / /

/ / / /

/ / / /

/ / / /

BUSSE & HUNT
621 SW Morrison St., Suite 521
Portland, OR 97205
Telephone: (503) 248-0504

STIPULATED MOTION AND ORDER TO DISMISS
Page 1

**IT IS SO STIPULATED:**

BUSSE & HUNT

 s/ Richard C. Busse
RICHARD C. BUSSE, OSB #74050
Of Attorneys for Plaintiff

DAVIS WRIGHT TREMAINE LLP

 s/ Carol Noonan
CAROL NOONAN, OSB #02407
Of Attorneys for Defendant

**IT IS SO ORDERED:**

DATE: April 1, 2009

_____
Honorable Michael W. Mosman
U.S. District Court Judge

P:\WPDOCS\CONKEY\dismissal.wpd

BUSSE & HUNT
621 SW Morrison St., Suite 521
Portland, OR 97205
Telephone: (503) 248-0504

STIPULATED MOTION AND ORDER TO DISMISS
Page 2